IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SUSAN C. O'NEAL, | ) | CIVIL 10-00593-DAE-BMK |
| Plaintiff, | ) | |
| vs. | ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., | ) | |
| Defendant. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 30, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION TO REMAND BE GRANTED IN PART AND DENIED IN PART, document no. 20, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu. Hawaii, January 19, 2011.



David Alan Ezra
United States District Judge